



# United States District Court
## For The District of Wyoming
### Alan B. Johnson, United States District Judge

**FILED**

7:49 pm, 10/8/21

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Becky Harris, Courtroom Deputy | October 8, 2021 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Zigmas Polinauskas, Law Clerk | |

Case No. 19-cr-00026-ABJ, 21-cr-00014-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorney: Eric Heimann |
| | Thomas Szott |
| Plaintiff, | |
| v. | |
| Justin Wallace Herman, Charles Winifred Winters, Jr, Ian Horn, | Defendant's Attorneys: Tom Fleener |
| | Zenith Ward |
| Defendants. | Tom Jubin |

## COURTROOM MINUTES
## JURY TRIAL - Day 14

| | |
|---|---|
| 8:26 a.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 8:35 a.m. | Jury returns to the courtroom. Final Jury Instructions read and published to the Jury. Verdict Form read to the Jury. |
| 9:07 a.m. | Bailiff sworn. |
| 9:13 a.m. | Alternate jurors thanked and excused. Further direction given to the Jury. |
| 9:26 a.m. | Case submitted to Jury for deliberations. |
| 9:28 a.m. | Court recessed until verdict is reached. |
| 3:41 p.m. | Court resumes. Counsel and defendants are present in the courtroom. Question from the Jury addressed. |

| | |
|---|---|
| 3:56 p.m. | Jury brought into the courtroom and Jury Instruction 47 was read to them in the courtroom. |
| 4:01 p.m. | Jury excused from the courtroom to continue their deliberations. Court recessed until verdict is reached. |
| 6:32 p.m. | Court resumes. Verdict has been reached. |
| 6:34 p.m. | Jury returns to the courtroom. Roll call of Jury taken by the Courtroom Deputy. |
| 6:39 p.m. | Verdict read by the Courtroom Deputy: |

<u>19-cr-00026</u>
Defendant Justin Wallace Herman as to Count 13: GUILTY
Defendant Charles Winifred Winters, Jr as to Count 13: GUILTY
Defendant Ian Horn as to Count 13: NOT GUILTY

Overt Act(s) committed in furtherance of the conspiracy:
    5-12, 14-30, 32-33, 35, 40, 41

Defendant Justin Wallace Herman as to Count 14: GUILTY
Defendant Charles Winifred Winters, Jr as to Count 14: GUILTY
Defendant Ian Horn as to Count 14: NOT GUILTY

Defendant Justin Wallace Herman as to Count 15: GUILTY
Defendant Charles Winifred Winters, Jr as to Count 15: GUILTY
Defendant Ian Horn as to Count 15: NOT GUILTY

Defendant Justin Wallace Herman as to Count 16: GUILTY
Defendant Charles Winifred Winters, Jr as to Count 16: GUILTY

Defendant Justin Wallace Herman as to Count 17: GUILTY
Defendant Charles Winifred Winters, Jr as to Count 17: GUILTY

Defendant Justin Wallace Herman as to Count 18: GUILTY

Defendant Justin Wallace Herman as to Count 19: GUILTY

<u>21-cr-00014</u>
Defendant Ian Horn as to Count 1: GUILTY

| | |
|---|---|
| 6:46 p.m. | Jury polled with respect to the verdict. |
| 6:47 p.m. | Final remarks by the Court. |

| | |
|---|---|
| 6:57 p.m. | Sentencing set for 1/5/22 at 9:30 a.m. for Defendant Herman.<br>Sentencing set for 1/5/22 at 1:30 p.m. for Defendant Winters.<br>Sentencing set for 1/5/22 at 3:30 p.m. for Defendant Horn. |
| 6:59 p.m. | Jury excused. |
| 7:02 p.m. | Court recessed. |